■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN N. BROADNAX, Appellant. [912 NYS2d 458]—Appeal from a judgment of the County Court of Chemung County (Buckley, J.), rendered March 15, 2010, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

In satisfaction of a four-count indictment, defendant pleaded guilty to assault in the second degree in exchange for a negotiated sentence of three years in prison followed by two years of postrelease supervision. Thereafter, he was sentenced by County Court in accordance with his plea agreement. Defendant now appeals.

Appellate counsel for defendant requests that he be relieved of his assignment on the basis that there are no nonfrivolous issues to be advanced on appeal. Having reviewed counsel's brief, defendant's pro se letter and the record, we agree. As such, the judgment is affirmed and counsel's application for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Peters, J.P., Rose, Kavanagh, McCarthy and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.